| | | | |
|---|---|---|---|
| PA Energy Vision, LLC v. South Avis Realty, Inc........ | 04/26/2016757 MAL (2015) | Denied | Pa.Super., 120 A.3d 1008 |
| Snyder v. Thomas III.............. | 05/17/2016487 WAL (2015) | Denied | Pa.Super., 134 A.3d 494 |
| Snyder, In re Estate of ............. | 05/10/2016103 MAL (2016) | Denied | Pa.Super., 136 A.3d 1028 |
| Sweigart v. Sweigart | 05/17/20161 MAL (2016) | Denied | Pa.Super., 135 A.3d 648 |
| T.L.B., In re; Com., In re [39].......... | 05/18/201698 MAL (2016) | Denied | Pa.Super., 127 A.3d 813 |
| Timms v. CSX Transp., Inc. ..... | 05/18/2016708 EAL (2015) | Denied | No. 141 EDM 2015 |
| Weisman v. Weisman [40].......... | 05/03/2016831–834 MAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| Williams v. PA Dept. of Corrections [41].. | 05/10/201686 MAL (2016) | Denied | Pa.Super., 134 A.3d 500 |
| Alexander v. City of Philadelphia...... | 04/20/2016666 EAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |

**39.** Justice WECHT did not participate in the consideration or decision of this matter.

**40.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**41.** Justice WECHT did not participate in the consideration or decision of this matter.